```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

BONESTROO, ROSENE, ANDERLIK &      )
ASSOCIATES, INC.,                  )
                                   )
                 Plaintiff,        )
                                   )
     v.                            )    No.  05 C 2184
                                   )
ROBERT J. DEVERY,                  )
                                   )
                 Defendant.        )
```

<u>MEMORANDUM ORDER</u>

Following the December 21, 2006 pretrial conference in this action, counsel for the parties have submitted a proposed revised Final Pretrial Order ("FPTO"). In two respects the revised version has failed to conform to requirements that this Court had identified during the conference, and in one other respect this Court's trial calendar requires a scheduling modification to what had been discussed during the conference. Accordingly:

1. At FPTO 3, both aspects of the dual corporate citizenship of the plaintiff corporation should be identified (see 28 U.S.C. §1332(c)(1)).

2. At FPTO 7 to 10, each side's exhibits should be sequentially numbered, instead of the parties' present employment of various motley descriptions. If the result of this Court's later rulings on motions in limine were then to reject some of the designated exhibits, no renumbering needs to take place to fill in the gaps--the original numbering will remain intact.

3. Because this Court's trial schedule has no openings until mid-June 2007, and because further schedulings of other trials will most likely take place before the motions in limine in this action are resolved, the parties' letters that are called for at FPTO 17 should identify their respective unavailabilities for trial during the months of July through October 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date:  January 29, 2007