IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BONESTROO, ROSENE, ANDERLIK & )
ASSOCIATES, INC., )
)
              Plaintiff, )
)
   v. )   No. 05 C 2184
)
ROBERT J. DEVERY, )
)
              Defendant. )

MEMORANDUM ORDER

On March 9, 2007 this Court received a spiral-bound version of its February 2 Final Pretrial Order ("FPTO") accompanied by the parties' joint and individual exhibits. At the same time plaintiff's counsel delivered a timely motion in limine. This memorandum is issued because that submission is puzzling due to its apparent inconsistency with one of the FPTO sections.

FPTO ¶2.J listed four prospective motions in limine that plaintiff anticipated filing, but the current submission does not correlate one-to-one with that listing. Accordingly this Court orders a prompt supplement by Bonestroo's counsel advising whether any more of the original list is also being advanced and, if so, elaborating on the supporting grounds in the same manner as the present more limited motion in limine.

                                _____
                                Milton I. Shadur
                                Senior United States District Judge

Date: March 12, 2007